United States District Court
Eastern District of Texas
United States Courthouse
100 East Houston Street
Marshall, Texas 75670

Chambers of
T. John Ward
United States District Judge

July 7, 2005

The Honorable Mary M. Lisi
Chair, Judicial Conference of the United States
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington , D.C. 20544

Re:     Calendar Year 2004 Filing

Dear Judge Lisi:

Thank you for your letter of June 23, 2005. Due to the number of deficiencies called to my attention, I have chosen to file an Amended Financial Disclosure report for 2004.

Enclosed are three copies of my Amended Financial Disclosure Report for 2004. The amended report corrects the deficiencies noted in your letter of June 23, 2005. In reviewing detailed records from brokerage firm that had not been reviewed previously, we discovered additional errors that have been corrected in this amended report.

Thank you for your assistance in this matter.

Very truly yours,

T. John Ward

/ck
Enclosures

RECEIVED
Jul 18 11 AM '05
FINANCIAL
DISCLOSURE OFFICE

| 1. Person Reporting (Last name, First name, Middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Ward, Thomas J | U.S. District Court, TX-E | 7/7/2005 |

| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. ReportType (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge (Active) | ○ Nomination, Date  **AMENDED**  ○ Initial  ⊙ Annual  ○ Final | 1/1/2004 to 12/31/2004 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 100 East Houston Street Marshall, Texas 75670 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.  Joint Venturer | J&J Joint Venture #1-real estate investment; sole asset of jt. venture is und.int. in limited partnership Barrow Heath Clearwater, Ltd |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED Jul 18 11 11 AM '05 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | State Bar of Texas | March 5, 2004 - IP Section - Panel participant - travel, San Antonio, Texas |
| 2. | American College of Trial Lawyers | March 25-27, 2004 - National Trial Competition - Panel participant - travel and lodging, Austin, Texas |
| 3. | American College of Trial Lawyers | April 23-24, 2004 - Panelist CLE - lodging, San Antonio, Texas |
| 4. | University of Washington School of Law | July 16-17, 2004 - Panelist Technology Summit - travel and lodging, Seattle, Washington |
| 5. | Houston Intellectual Property Law Association | October 7-8, 2004 - Panelist IP Conference - travel, food and lodging, Galveston, Texas |
| 6. | University of Texas at Austin | October 28, 2004 - Panelist Patent Law Institute - travel, Austin, Texas |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE  - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE  - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Texas Bank & Trust (f/k/a Longview Bank & Trust) | Promissory note secured by CD | J |

| Name of Person Reporting | Date of Report |
|---|---|
| Ward, Thomas J | 7/7/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. American Skandia Variable Annuity | | None | | | sell | | K | | |
| 2. Hartford Life Variable Annuity | | None | L | T | buy | 6/7 | J | | |
| 3. Northbrook Life Ins. Variable Annuity | | None | M | T | Buy monthly | | J | | |
| 4. Northbrook Life Ins. Variable Annuity | | None | | | sell | 5/18 | K | | |
| 5. Hartford Life Variable Annuity | | None | K | T | buy | 5/24 | J | | |
| 6. MSDW-American Opportunities Fund (fka American Value Fund) | | None | | T | sell | 4/1 | J | A | |
| 7. MSDW - Dividend Growth Fund | A | Dividend | | T | sell | 4/1 | K | A | |
| 8. MSDW - Strategist Fund | A | Dividend | | T | sell | 4/1 | J | A | |
| 9. MSDW - Global Dividend Growth Securities B | | None | | T | sell | 4/1 | J | A | |
| 10. MSDW Liquid Asset Fund | | None | | T | Acct. closed | 2/12 | J | | |
| 11. MSDW Balanced Growth Fund | A | Dividend | | T | sell | 4/1 | J | A | |
| 12. Hibernia National Bank (Accounts) | B | Interest | M | T | | | | | |
| 13. NE Territory Addition LLC | | None | K | U | | | | | |
| 14. Las Cruces Associates | | None | J | U | | | | | |
| 15. UBS Bank USA (accounts) | A | Interest | J | T | Opened | 2/12 | J | | |
| 16. American Funds Capital World Growth and Income Fund CLA | A | Dividend | J | T | buy | 4/6 | J | | |
| 17. | | | | | buy | 8/20 | J | | |
| 18. American Funds Capital Growth World Bond Fund CLA | A | Dividend | J | T | buy | 4/6 | J | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ward, Thomas J | 7/7/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. | | | | | buy | 8/20 | J | | |
| 20. American Funds Growth Fund of America Class A | A | Dividend | J | T | buy | 4/6 | J | | |
| 21. | | | | | buy | 8/20 | J | | |
| 22. American Funds Income Fund of America CLA | A | Dividend | J | T | buy | 4/6 | J | | |
| 23. | | | | | buy | 8/20 | J | | |
| 24. American Funds Investment Co. of America CLA | A | Dividend | J | T | buy | 4/6 | J | | |
| 25. | | | | | buy | 8/20 | J | | |
| 26. American Funds New Economy Fund CLA | A | Dividend | J | T | buy | 4/6 | J | | |
| 27. | | | | | buy | 8/23 | J | | |
| 28. American Funds New Perspective Fund CLA | A | Dividend | J | T | buy | 4/6 | J | | |
| 29. | | | | | buy | 8/23 | J | | |
| 30. Nuveen Insured Premium Income Municipal Fund | A | Interest | L | T | buy | 3/23 | L | | |
| 31. IRA #1 | | | | | | | | | |
| 32. - MSDW Liquid Asset Fund | A | Interest | | T | Acct. closed | 2/12 | J | | |
| 33. - Putnam Master Int. Inc. Trust | A | Interest | J | T | | | | | |
| 34. - MSDW Global Dividend Growth Fund B | A | Dividend | J | T | partial sale | 4/1 | K | A | |
| 35. - MSDW Strategist Fund B | A | Dividend | K | T | partial sale | 4/01 | K | A | |
| 36. - MSDW Pacific Growth Fund B | | None | | | sell | 4/01 | J | A | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37.   -MSDW Natural Resources Development Fund | | None | K | T | | | | | |
| 38.   - MSDW European Growth Fund B | | None | | | sell | 4/01 | K | A | |
| 39.   - MSDW Dividend Growth Fund B | B | Dividend | J | T | partial sale | 4/01 | K | A | |
| 40.   - MSDW Real Estate Fund B | C | Dividend | K | T | partial sale | 4/01 | J | C | |
| 41.   - MSDW American Opportunities Fund B | | None | K | T | partial sale | 4/01 | J | A | |
| 42.   -American Funds Capital World Growth and Income Fund CLA | A | Dividend | J | T | buy | 4/6 | J | | |
| 43. | | | | | buy | 6/25 | J | | |
| 44.   -American Funds Capital Growth World Bond Fund CLA | A | Dividend | J | T | buy | 4/6 | J | | |
| 45.   -American Funds Growth Fund of America CLA | A | Dividend | J | T | buy | 4/6 | K | | |
| 46. | | | | | buy | 6/25 | J | | |
| 47.   -American Funds Income Fund of America CLA | A | Dividend | K | T | buy | 4/6 | J | | |
| 48. | | | | | buy | 6/25 | J | | |
| 49. | | | | | buy | 8/23 | J | | |
| 50.   -American Funds Investment Co. of America CLA | A | Dividend | K | T | buy | 4/6 | K | | |
| 51.   -American Funds New Economy Fund CLA | A | Dividend | J | T | buy | 4/6 | J | | |
| 52.   -American Funds New Perspective Fund CLA | A | Dividend | J | T | buy | 4/6 | J | | |
| 53. | | | | | buy | 6/25 | J | | |
| 54.   IRA #2 | | | | | | | | | |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000

3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Ward, Thomas J | 7/7/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. - MSDW Global Dividend Growth Fund B | | None | | | sell | 4/01 | K | B | |
| 56. - MSDW Strategist Fund B | A | Dividend | | | sell | 4/01 | K | A | |
| 57. - MSDW Pacific Growth Fund B | | None | | | sell | 4/01 | J | A | |
| 58. - MSDW European Growth Fund B | | None | | | sell | 4/01 | J | A | |
| 59. - MSDW Dividend Growth Fund B | A | Dividend | | | sell | 4/01 | J | A | |
| 60. -American Funds Capital World Growth and Income Fund CLA | A | Dividend | J | T | buy | 4/6 | J | | |
| 61. | | | | | buy | 6/25 | J | | |
| 62. -American Funds Capital Growth World Bond Fund CLA | A | Dividend | J | T | buy | 4/6 | J | | |
| 63. -American Funds Growth Fund of America CLA | A | Dividend | J | T | buy | 4/6 | J | | |
| 64. | | | | | buy | 6/25 | J | | |
| 65. -American Funds Income Fund of America CLA | A | Dividend | J | T | buy | 4/6 | J | | |
| 66. | | | | | buy | 6/25 | J | | |
| 67. -American Funds Investment Co. of America CLA | A | Dividend | J | T | buy | 4/6 | J | | |
| 68. | | | | | buy | 6/25 | J | | |
| 69. -American Funds New Economy Fund CLA | A | Dividend | J | T | buy | 4/6 | J | | |
| 70. -American Funds New Perspective Fund CLA | A | Dividend | J | T | buy | 4/6 | J | | |
| 71. Texas Bank & Trust (fka Longview Bank & Trust)(Accounts) | B | Interest | M | T | | | | | |
| 72. Real Estate, Longview, Texas | | None | | | sell | 1/26 | F | E | Atticus Development |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ward, Thomas J | 7/7/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. Unimproved residential lot, Longview, Texas | | None | K | W | | | | | |
| 74. Real Estate, Upshur County, Texas | | None | J | W | | | | | |
| 75. NAB Asset Corp. Common Stock | | None | J | T | | | | | |
| 76. Cherokee Water Co. Common Stock | | None | J | T | | | | | |
| 77. Cherokee Club Capital Stock | | None | J | T | | | | | |
| 78. MSDW S&P 500 Index Fund B | A | Dividend | K | T | | | | | |
| 79. MSDW Total Market Index Fund B | A | Dividend | J | T | | | | | |
| 80. Motient Corp. (fka American Mobile Satellite) Common Stock | | None | | | sell | 12/08 | K | J | |
| 81. Southside Bank (accounts) | B | Interest | M | T | | | | | |
| 82. Remington Arms, Inc. Bond | A | Interest | | | sale | 2/25 | J | A | |
| 83. Ponderosa Gathering, LLC | | None | J | U | | | | | |
| 84. Account Receivable | A | Interest | J | U | Partial pymt | 2/11 | J | | |
| 85. J&J Joint Venture No. 1 | | None | J | U | | | | | |
| 86. CIBC Oppenheimer Money Market Account | A | Dividend | J | T | | | | | |
| 87. UIT First Trust Shares | | None | J | T | | | | | |
| 88. Viropharma Inc. Common Stock | | None | J | T | | | | | |
| 89. Microsoft Corporation Common Stock | B | Dividend | J | T | | | | | |
| 90. New Jersey Development Authority Bond | A | Interest | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ward, Thomas J | 7/7/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91. W. R. Hough & Co. Money Fund | A | Interest | | T | Acct closed | 2/17 | J | | |
| 92. Working Interest - Denson #1, Gregg County, Texas | C | Royalty | J | W | | | | | |
| 93. Working Interest - J.Bussey #1, Gregg County, Texas | C | Royalty | J | W | | | | | |
| 94. Working Interest - Culpepper #3, Gregg County, Texas | C | Royalty | J | W | | | | | |
| 95. Working Interest - Flewellen #3, Gregg County, Texas | A | Royalty | J | W | | | | | |
| 96. Working Interest - Flewellen #4, Gregg County, Texas | A | Royalty | J | W | | | | | |
| 97. Working Interest - Castleberry #3, Gregg County, Texas | B | Royalty | J | W | | | | | |
| 98. Working Interest - Denson #2, Gregg County, Texas | B | Royalty | J | W | | | | | |
| 99. Working Interest - Denson #3, Gregg County, Texas | A | Royalty | J | W | | | | | |
| 100. Working Interest - Denson #4, Gregg County, Texas | A | Royalty | J | W | | | | | |
| 101. Working Interest - Castleberry #4, Gregg County, Texas | A | Royalty | J | W | | | | | |
| 102. Working Interest - Flewellen #5, Gregg County, Texas | B | Royalty | J | W | | | | | |
| 103. Working Interest - Castleberry #5, Gregg County, Texas | A | Royalty | J | W | | | | | |
| 104. Working Interest - Culpepper #5, Gregg County, Texas | A | Royalty | J | W | | | | | |
| 105. Working Interest - Culpepper #6, Gregg County, Texas | A | Royalty | J | W | | | | | |
| 106. Working Interest - Castleberry #10, Gregg County, Texas | B | Royalty | J | W | | | | | |
| 107. Working Interest - Flewellen #7, Gregg County, Texas | B | Royalty | J | W | | | | | |
| 108. Working Interest - Castleberry #11, Gregg County, Texas | B | Royalty | J | W | | | | | |

1. Income/Gain Codes:  A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
   (See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Ward, Thomas J | 7/7/2005 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets)<br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 109. Working Interest - Culpepper #7, Gregg County, Texas | B | Royalty | J | W | | | | | |
| 110. Working Interest - Flewellen #8, Gregg County, Texas | C | Royalty | J | W | | | | | |
| 111. Working Interest - Flewellen #9, Gregg County, Texas | B | Royalty | J | W | | | | | |
| 112. Working Interest - Trudie Bruton #1, Gregg County, Texas | D | Royalty | K | W | | | | | |
| 113. Working Interest - Denson #5, Gregg County, Texas (WSP) | A | Royalty | J | W | | | | | |
| 114. Working Interest - Castleberry #6, Gregg County, Texas (WSP) | A | Royalty | J | W | | | | | |
| 115. Working Interest - Castleberry #7, Gregg County, Texas (WSP) | A | Royalty | J | W | | | | | |
| 116. Working Interest - Castleberry #8, Gregg County, Texas (WSP) | A | Royalty | J | W | | | | | |
| 117. Royalty - Davis #2, Wood County, Texas | A | Royalty | J | W | | | | | |
| 118. Working Interest -Utzman #1, Gregg County, Texas | B | Royalty | J | W | | | | | |
| 119. Working Interest - Ritz #1, Panola County, Texas | | None | J | W | | | | | |
| 120. Working Interest - Ritz #2, Panola County, Texas | B | Royalty | J | W | | | | | |
| 121. Working Interest - Vera Davis #2, Panola County, Texas | D | Royalty | K | W | | | | | |
| 122. Working Interest - Roy Harrell #1, Harrison County, Texas | A | Royalty | J | W | | | | | |
| 123. Working Interest - Inez Bates #2, Nacogdoches County, Texas | D | Royalty | K | W | | | | | |
| 124. Working Interest - Inez Bates #3, Nacogdoches County, Texas | D | Royalty | K | W | | | | | |
| 125. Working Interest - Inez Bates #4, Nacogdoches County, Texas | D | Royalty | K | W | | | | | |
| 126. Working Interest - Inez Bates #5, Nacogdoches County, Texas | D | Royalty | K | W | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ward, Thomas J | 7/7/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 127. Working Interest - Hayter Est. #3, Nacogdoches County, Texas | C | Royalty | J | W | | | | | |
| 128. Working Interest - McCarter #1, Rusk County, Texas | B | Royalty | J | W | | | | | |
| 129. Working Interest - Vera Davis #3, Panola County, Texas | E | Royalty | L | W | | | | | |
| 130. Working Int.-Jordan #1, Panola County, Texas | C | Royalty | J | W | | | | | |
| 131. Working Interest - Burk #2, Panola County, Texas | D | Royalty | K | W | | | | | |
| 132. Working Interest - West Bay #1, Panola County, Texas | D | Royalty | K | W | | | | | |
| 133. Working Interest - Brady #1, Rusk County, Texas | D | Royalty | K | W | | | | | |
| 134. Working Interest - Beckham #2, Panola County, Texas | D | Royalty | K | W | | | | | |
| 135. Working Interest - Orr-Tipps #2, Rusk County, Texas | | None | J | W | buy | 10/18 | J | | Vaughn Operating Co. |
| 136. Working Interest - Wedgeworth #1, Panola County, Texas | A | Royalty | K | W | buy | 5/2 | J | | AC Exploration |
| 137. Working Interest - Vera Davis #4, Panola County, Texas | D | Royalty | K | W | buy | 2/19 | J | | Vaughn Operating Co. |
| 138. Working Interest - Vera Davis #5, Panola County, Texas | | None | J | W | buy | 7/02 | J | | Vaughn Operating Co. |
| 139. Working Interest - Burk #3, Panola County, Texas | C | Royalty | J | W | buy | 4/16 | J | | Ark-La-Tex Energy LLC |
| 140. Working Interest - Kimmey #1, Angelina County, Texas | | None | J | W | buy | 11/08 | J | | Machin & Associates |
| 141. Working Interest - McCarter #2, Rusk County, Texas | | None | | W | buy | 1/23 | J | | Machin & Associates |
| 142. Working Interest - McCarter #2, Rusk County, Texas | | None | | W | P&A (note) | 2/14 | | | Machin & Associates |
| 143. Nuveen Insd. Prem. Income Municipal Fund 2 7-Day | A | Interest | L | T | buy | 3/23 | L | | |
| 144. Working Interest - W.W. Mackey #2, Gregg County, Texas | A | Royalty | J | W | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Ward, Thomas J | 7/7/2005 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

VII. INVESTMENTS AND TRUSTS

MSDW identifies Morgan Stanley Dean Witter.

Item No. 3: Buys were made monthly for first five months of reporting period. No buys or other transactions during reporting period.

Item Nos. 13 and 14: Undivided interest in real estate limited partnership. Filer cannot direct, influence or in any manner effect the purchase, exchange, sale, or disposition of the entity or property of entity.

Item Nos. 15, 25, 31 and 32 as shown on report for 2003 do not appear on this report because value does not meet threshold reporting value.

Item No. 37 describes an asset in IRA #1 that had been inadvertently omitted from filer's previous reports. This IRA was managed exclusively by Morgan Stanley. Filer discovered this oversight in reviewing detailed records furnished by stockbroker which filer reviewed in order to respond to the Committee's letter of June 23, 2005.

Item No. 84: Debtor is NE Territory Addition LLC identified in item number 13.

Item No. 85: Real estate investment; sole asset is undivided interest in limited partnership, Barrow Heath Clearwater Ltd., with real estate in Clearwater, Florida. Filer cannot direct, influence or in any manner effect the purchase, exchange, sale or disposition of Barrow Heath Clearwater Ltd. or its property.

Item No. 101 was not listed on previous report because income did not reach threshold value. Well reworked in 2004 resulting in increased income requiring disclosure.

Item Nos. 113, 114, 115 and 116: Funds attributable to filer's working interest in these wells is distributed to filer by Willow Springs Farmout Partnership (WSP). Filer is not a partner in WSP and has no capital account in WSP. Filer farmed out his working interest to WSP along with other working interest owners of leasehold estates in approximately December 1994.

Item Nos. 141-142 represent an oil and gas prospect that was drilled during the reporting period that proved non-productive. P&A indicates the well was plugged and abandoned. The date in Column D(2) is the date filer received notice of non-productive status.

Item No. 144 represents filer's working interest in a well drilled more than 10 years ago and which had been shut-in for more than 6 years. Filer had not received any income from well during previous reporting years and thus had not been previously disclosed.

In addition to assets noted in Part VII, filer owns a group of fractional mineral interests, no one of which exceeds the thresholds for reporting. However, in 2004 filer received a lump sum payment for several years of payments that had been suspended during litigation. While it is not clear whether the income attributable to any one well would exceed $200, if the group were treated as a reportable asset, the income code in Column B would be "C" and described as "Royalty."

In Part VII, page 4, line 68 in filer's 2003 report, it lists "Working Interest - Flewellen #6, Gregg County, Texas" - such asset is not listed in the 2004 report. Due to reduction in income the asset is exempt from disclosure.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Ward, Thomas J | 7/7/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____        Date July 7, 2005

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Ward, Thomas J | 2. Court or Organization<br><br>U.S. District Court, TX-E | 3. Date of Report<br><br>5/6/2005 |
| --- | --- | --- |
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge (Active) | 5. ReportType (check appropriate type)<br><br>○ Nomination, Date<br><br>○ Initial ● Annual ○ Final | 6. Reporting Period<br><br>1/1/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br><br>100 East Houston Street<br>Marshall, Texas 75670 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. Joint Venturer | J&J Joint Venture #1-real estate investment; sole asset of jt. venture is und.int. in limited partnership Barrow Heath Clearwater, Ltd |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. | |

RECEIVED May 10 10 32 AM '05 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE  - (No reportable non-investment income.)

|   | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE  - (No reportable non-investment income.)

|   | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE  - (No such reportable reimbursements.)

|   | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | State Bar of Texas | March 5, 2004 - IP Section - Panel participant - travel |
| 2. | American College of Trial Lawyers | March 25-27, 2004 - National Trial Competition - Panel participant - travel and lodging |
| 3. | American College of Trial Lawyers | April 23-24, 2004 - Panelist CLE - lodging |
| 4. | University of Washington School of Law | July 16-17, 2004 - Panelist Technology Summit - travel and lodging |
| 5. | Houston Intellectual Property Law Association | October 7-8, 2004 - Panelist IP Conference - travel, food and lodging |
| 6. | University of Texas at Austin | October 28, 2004 - Panelist Patent Law Institute - travel |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Ward, Thomas J | 5/6/2005 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Texas Bank & Trust (f/k/a Longview Bank & Trust) | Promissory note secured by CD | J |

| Name of Person Reporting | Date of Report |
|---|---|
| Ward, Thomas J | 5/6/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. If not exempt from disclosure (2) Date: Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. American Skandia Variable Annuity | | None | | | sell | | K | | |
| 2. Hartford Life Variable Annuity | | None | L | T | buy | 6/7 | J | | |
| 3. Northbrook Life Ins. Variable Annuity | | None | M | T | Buy monthly | | J | | |
| 4. Northbrook Life Ins. Variable Annuity | | None | | | sell | 5/18 | K | | |
| 5. Hartford Life Variable Annuity | | None | K | T | buy | 5/24 | J | | |
| 6. MSDW-American Opportunities Fund (fka American Value Fund) | | None | | T | sell | 4/1 | J | A | |
| 7. MSDW - Dividend Growth Fund | A | Dividend | | T | sell | 4/1 | K | A | |
| 8. MSDW - Strategist Fund | A | Dividend | | T | sell | 4/1 | J | A | |
| 9. MSDW - Global Dividend Growth Securities B | | None | | T | sell | 4/1 | J | A | |
| 10. MSDW Liquid Asset Fund | | None | | T | Acct. closed | 2/12 | J | | |
| 11. MSDW Balanced Growth Fund | A | Dividend | | T | sell | 4/1 | J | A | |
| 12. Hibernia National Bank (Accounts) | B | Interest | M | T | | | | | |
| 13. NE Territory Addition LLC | | None | K | U | | | | | |
| 14. Las Cruces Associates | | None | J | U | | | | | |
| 15. UBS Bank USA (accounts) | A | Interest | J | T | Opened | 2/12 | J | | |
| 16. American Funds Capital World Growth and Income Fund CLA | A | Dividend | | | buy | 4/6 | J | | |
| 17. American Funds Capital World Growth and Income Fund CLA | A | Dividend | | | buy | 8/20 | J | | |
| 18. American Funds Capital Growth World Bond Fund CLA | A | Dividend | | | buy | 4/6 | J | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ward, Thomas J | 5/6/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. American Funds Capital Growth World Bond Fund CLA | A | Dividend | | | buy | 8/20 | J | T | |
| 20. American Funds Growth Fund of America Class A | A | Dividend | | | buy | 4/6 | J | T | |
| 21. American Funds Growth Fund of America Class A | A | Dividend | | | buy | 8/20 | J | T | |
| 22. American Funds Income Fund of America CLA | A | Dividend | | | buy | 4/6 | J | T | |
| 23. American Funds Income Fund of America CLA | A | Dividend | | | buy | 8/20 | J | T | |
| 24. American Funds Investment Co. of America CLA | A | Dividend | | | buy | 4/6 | J | T | |
| 25. American Funds Investment Co. of America CLA | A | Dividend | | | buy | 8/20 | J | T | |
| 26. American Funds New Economy Fund CLA | A | Dividend | | | buy | 4/6 | J | T | |
| 27. American Funds New Economy Fund CLA | A | Dividend | | | buy | 8/20 | J | T | |
| 28. American Funds New Perspective Fund CLA | A | Dividend | | | buy | 4/6 | J | T | |
| 29. American Funds New Perspective Fund CLA | A | Dividend | | | buy | 8/20 | J | T | |
| 30. Nuveen Insured Premium Income Municipal Fund | A | Interest | | | buy | 3/23 | L | T | |
| 31. IRA #1 | | | | | | | | | |
| 32. - MSDW Liquid Asset Fund | A | Interest | | T | Acct. closed | 2/12 | J | | |
| 33. - Putnam Master Int. Inc. Trust | | Interest | J | T | | | | | |
| 34. - MSDW Global Dividend Growth Fund B | | Dividend | | | sell | 4/1 | K | A | |
| 35. - MSDW Strategist Fund B | | Dividend | | | sell | 4/01 | K | A | |
| 36. - MSDW Pacific Growth Fund B | | Dividend | | | sell | 4/01 | J | A | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ward, Thomas J | 5/6/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. - MSDW European Growth Fund B | | Dividend | | | sell | 4/01 | K | A | |
| 38. - MSDW Dividend Growth Fund B | | Dividend | | | sell | 4/01 | K | A | |
| 39. - MSDW Real Estate Fund B | | Dividend | | | sell | 4/01 | J | C | |
| 40. - MSDW American Opportunities Fund B | | Dividend | | | sell | 4/01 | J | A | |
| 41. -American Funds Capital World Growth and Income Fund CLA | | | | T | buy | 4/6 | J | | |
| 42. -American Funds Capital World Growth and Income Fund CLA | | | | T | buy | 8/20 | J | | |
| 43. -American Funds Capital Growth World Bond Fund CLA | | | | T | buy | 4/6 | J | | |
| 44. -American Funds Capital Growth World Bond Fund CLA | | | | T | buy | 8/20 | J | | |
| 45. -American Funds Growth Fund of America Class A | | | | T | buy | 4/6 | J | | |
| 46. -American Funds Growth Fund of America Class A | | | | T | buy | 8/20 | J | | |
| 47. -American Funds Income Fund of America CLA | | | | T | buy | 4/6 | J | | |
| 48. -American Funds Income Fund of America CLA | | | | T | buy | 8/20 | J | | |
| 49. -American Funds Investment Co. of America CLA | | | | T | buy | 4/6 | J | | |
| 50. -American Funds Investment Co. of America CLA | | | | T | buy | 8/20 | J | | |
| 51. -American Funds New Economy Fund CLA | | | | T | buy | 4/6 | J | | |
| 52. -American Funds New Economy Fund CLA | | | | T | buy | 8/20 | J | | |
| 53. -American Funds New Perspective Fund CLA | | | | T | buy | 4/6 | J | | |
| 54. -American Funds New Perspective Fund CLA | | | | T | buy | 8/20 | J | | |

1. Income/Gain Codes:      A = $1,000 or less      B = $1,001-$2,500      C = $2,501-$5,000      D = $5,001-$15,000      E = $15,001-$50,000
   (See Columns B1 and D4)      F = $50,001-$100,000      G = $100,001-$1,000,000      H1 = $1,000,001-$5,000,000      H2 = More than $5,000,000
2. Value Codes:      J = $15,000 or less      K = $15,001-$50,000      L = $50,001-$100,000      M = $100,001-$250,000
   (See Columns C1 and D3)      N = $250,000-$500,000      O = $500,001-$1,000,000      P1 = $1,000,001-$5,000,000      P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000      P4 = $More than $50,000,000
3. Value Method Codes      Q = Appraisal      R = Cost (Real Estate Only)      S = Assessment      T = Cash/Market
   (See Column C2)      U = Book Value      V = Other      W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Ward, Thomas J | 5/6/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. IRA #2 | | | | | | | | | |
| 56. - MSDW Global Dividend Growth Fund B | | Dividend | | | sell | 4/01 | K | B | |
| 57. - MSDW Strategist Fund B | | Dividend | | | sell | 4/01 | K | A | |
| 58. - MSDW Pacific Growth Fund B | A | Dividend | J | | sell | 4/01 | J | A | |
| 59. - MSDW European Growth Fund B | A | Dividend | J | | sell | 4/01 | J | A | |
| 60. - MSDW Dividend Growth Fund B | A | Dividend | K | | sell | 4/01 | J | A | |
| 61. -American Funds Capital World Growth and Income Fund CLA | | | | T | buy | 4/6 | J | | |
| 62. -American Funds Capital World Growth and Income Fund CLA | | | | T | buy | 8/20 | J | | |
| 63. -American Funds Capital Growth World Bond Fund CLA | | | | T | buy | 4/6 | J | | |
| 64. -American Funds Capital Growth World Bond Fund CLA | | | | T | buy | 8/20 | J | | |
| 65. -American Funds Growth Fund of America Class A | | | | T | buy | 4/6 | J | | |
| 66. -American Funds Growth Fund of America Class A | | | | T | buy | 8/20 | J | | |
| 67. -American Funds Income Fund of America CLA | | | | T | buy | 4/6 | J | | |
| 68. -American Funds Income Fund of America CLA | | | | T | buy | 8/20 | J | | |
| 69. -American Funds Investment Co. of America CLA | | | | T | buy | 4/6 | J | | |
| 70. -American Funds Investment Co. of America CLA | | | | T | buy | 8/20 | J | | |
| 71. -American Funds New Economy Fund CLA | | | | T | buy | 4/6 | J | | |
| 72. -American Funds New Economy Fund CLA | | | | T | buy | 8/20 | J | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ward, Thomas J | 5/6/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. -American Funds New Perspective Fund CLA | | | | T | buy | 4/6 | J | | |
| 74. -American Funds New Perspective Fund CLA | | | | T | buy | 8/20 | J | | |
| 75. Texas Bank & Trust (fka Longview Bank & Trust)(Accounts) | B | Interest | M | T | | | | | |
| 76. Real Estate, Longview, Texas | | None | | | sell | 1/26 | F | E | Atticus Development |
| 77. Unimproved residential lot, Longview, Texas | | None | K | R | | | | | |
| 78. Real Estate, Upshur County, Texas | | None | J | W | | | | | |
| 79. NAB Asset Corp. Common Stock | | None | J | T | | | | | |
| 80. Cherokee Water Co. Common Stock | | None | J | T | | | | | |
| 81. Cherokee Club Capital Stock | | None | J | T | | | | | |
| 82. MSDW S&P 500 Index Fund B | A | Dividend | K | T | | | | | |
| 83. MSDW Total Market Index Fund B | A | Dividend | J | T | | | | | |
| 84. Motient Corp. (fka American Mobile Satellite) Common Stock | | None | | | sell | 12/08 | K | J | |
| 85. Southside Bank (accounts) | B | Interest | M | T | | | | | |
| 86. Remington Arms, Inc. Bond | A | Interest | | | sale | 2/25 | J | A | |
| 87. Ponderosa Gathering, LLC | | None | J | U | | | | | |
| 88. Account Receivable | A | Interest | J | U | Partial pymt | 2/11 | J | | |
| 89. J&J Joint Venture No. 1 | | None | J | U | | | | | |
| 90. CIBC Oppenheimer Money Market Account | A | Dividend | J | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less  K = $15,001-$50,000  L = $50,000-$100,000  M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
   (See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Ward, Thomas J | 5/6/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code<br>1 (A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 91. UIT First Trust Shares | | None | J | T | | | | | |
| 92. Viropharma Inc. Common Stock | | None | J | T | | | | | |
| 93. Microsoft Corporation Common Stock | B | Dividend | J | T | | | | | |
| 94. New Jersey Development Authority Bond | A | Interest | J | T | | | | | |
| 95. W. R. Hough & Co. Money Fund | A | Interest | | T | Acct closed | 2/17 | J | | |
| 96. Working Interest - Denson #1, Gregg County, Texas | C | Royalty | J | W | | | | | |
| 97. Working Interest - J.Bussey #1, Gregg County, Texas | C | Royalty | J | W | | | | | |
| 98. Working Interest - Culpepper #3, Gregg County, Texas | C | Royalty | J | W | | | | | |
| 99. Working Interest - Flewellen #3, Gregg County, Texas | A | Royalty | J | W | | | | | |
| 100. Working Interest - Flewellen #4, Gregg County, Texas | A | Royalty | J | W | | | | | |
| 101. Working Interest - Castleberry #3, Gregg County, Texas | B | Royalty | J | W | | | | | |
| 102. Working Interest - Denson #2, Gregg County, Texas | B | Royalty | J | W | | | | | |
| 103. Working Interest - Denson #3, Gregg County, Texas | A | Royalty | J | W | | | | | |
| 104. Working Interest - Denson #4, Gregg County, Texas | A | Royalty | J | W | | | | | |
| 105. Working Interest - Castleberry #4, Gregg County, Texas | A | Royalty | J | W | | | | | |
| 106. Working Interest - Flewellen #5, Gregg County, Texas | B | Royalty | J | W | | | | | |
| 107. Working Interest - Castleberry #5, Gregg County, Texas | A | Royalty | J | W | | | | | |
| 108. Working Interest - Culpepper #5, Gregg County, Texas | A | Royalty | J | W | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000

3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Ward, Thomas J | 5/6/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 109. Working Interest - Culpepper #6, Gregg County, Texas | A | Royalty | J | W | | | | | |
| 110. Working Interest - Castleberry #10, Gregg County, Texas | B | Royalty | J | W | | | | | |
| 111. Working Interest - Flewellen #7, Gregg County, Texas | B | Royalty | J | W | | | | | |
| 112. Working Interest - Castleberry #11, Gregg County, Texas | B | Royalty | J | W | | | | | |
| 113. Working Interest - Culpepper #7, Gregg County, Texas | B | Royalty | J | W | | | | | |
| 114. Working Interest - Flewellen #8, Gregg County, Texas | C | Royalty | J | W | | | | | |
| 115. Working Interest - Flewellen #9, Gregg County, Texas | B | Royalty | J | W | | | | | |
| 116. Working Interest - Trudie Bruton #1, Gregg County, Texas | D | Royalty | K | W | | | | | |
| 117. Working Interest - Denson #5, Gregg County, Texas (WSP) | A | Royalty | J | W | | | | | |
| 118. Working Interest - Castleberry #6, Gregg County, Texas (WSP) | A | Royalty | J | W | | | | | |
| 119. Working Interest - Castleberry #7, Gregg County, Texas (WSP) | A | Royalty | J | W | | | | | |
| 120. Working Interest - Castleberry #8, Gregg County, Texas (WSP) | A | Royalty | J | W | | | | | |
| 121. Royalty - Davis #2, Wood County, Texas | A | Royalty | J | W | | | | | |
| 122. Working Interest -Utaman #1, Gregg County, Texas | B | Royalty | J | W | | | | | |
| 123. Working Interest - Ritz #1, Panola County, Texas | | None | J | W | | | | | |
| 124. Working Interest - Ritz #2, Panola County, Texas | B | Royalty | J | W | | | | | |
| 125. Working Interest - Vera Davis #2, Panola County, Texas | D | Royalty | K | W | | | | | |
| 126. Working Interest - Roy Harrell #1, Harrison County, Texas | A | Royalty | J | W | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ward, Thomas J | 5/6/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 127. Working Interest - Inez Bates #2, Nacogdoches County, Texas | D | Royalty | K | W | | | | | |
| 128. Working Interest - Inez Bates #3, Nacogdoches County, Texas | D | Royalty | K | W | | | | | |
| 129. Working Interest - Inez Bates #4, Nacogdoches County, Texas | D | Royalty | K | W | | | | | |
| 130. Working Interest - Inez Bates #5, Nacogdoches County, Texas | D | Royalty | K | W | | | | | |
| 131. Working Interest - Hayter Est. #3, Nacogdoches County, Texas | C | Royalty | J | W | | | | | |
| 132. Working Interest - McCarter #1, Rusk County, Texas | B | Royalty | J | W | | | | | |
| 133. Working Interest - Vera Davis #3, Panola County, Texas | E | Royalty | L | W | | | | | |
| 134. Working Int.- Jordan #1, Panola County, Texas | C | Royalty | J | W | | | | | |
| 135. Working Interest - Burk #2, Panola County, Texas | D | Royalty | K | W | | | | | |
| 136. Working Interest - West Bay #1, Panola County, Texas | D | Royalty | K | W | | | | | |
| 137. Working Interest - Brady #1, Rusk County, Texas | D | Royalty | K | W | | | | | |
| 138. Working Interest - Beckham #2, Panola County, Texas | D | Royalty | K | W | | | | | |
| 139. Working Interest - Orr-Tipps #2, Rusk County, Texas | | None | | W | buy | 10/18 | J | | Vaughn Operating Co. |
| 140. Working Interest - Wedgeworth #1, Panola County, Texas | A | Royalty | K | W | buy | 5/2 | J | | AC Exploration |
| 141. Working Interest - Vera Davis #4, Panola County, Texas | D | Royalty | K | W | buy | 2/19 | J | | Vaughn Operating Co. |
| 142. Working Interest - Vera Davis #5, Panola County, Texas | | None | | W | buy | 7/02 | J | | Vaughn Operating Co. |
| 143. Working Interest - Burk #3, Panola County, Texas | C | Royalty | J | W | buy | 4/16 | J | | Ark-La-Tex Energy LLC |
| 144. Working Interest - Kimmey #1, Angelina County, Texas | | None | | W | buy | 11/08 | J | | Machin & Associates |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,000-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ward, Thomas J | 5/6/2005 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 145. Working Interest - McCarter #2, Rusk County, Texas | | None | | W | buy | 1/23 | J | | Machin & Associates |
| 146. Working Interest - McCarter #2, Rusk County, Texas | | None | | W | P&A (note) | 2/14 | | | Machin & Associates |
| 147. Nuveen Insd. Prem. Income Municipal Fund 2 7-Day | A | Interest | L | T | buy | 3/23 | L | | |
| 148. Working Interest - W.W. Mackey #2, Gregg County, Texas | A | Royalty | J | W | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

VII.   INVESTMENTS AND TRUSTS

MSDW identifies Morgan Stanley Dean Witter.

Item No. 3:  Buys were made monthly for first five months of reporting period. No buys or other transactions during reporting period.

Item Nos. 13 and 14:  Undivided interest in real estate limited partnership.  Filer cannot direct, influence or in any manner effect the purchase, exchange, sale, or disposition of the entity or property of entity.

Item Nos. 15, 25, 31 and 32 as shown on report for 2003 do not appear on this report because value does not meet threshold reporting value.

Item No. 88:  Debtor is NE Territory Addition LLC identified in item number 13.

Item No. 89:  Real estate investment; sole asset is undivided interest in limited partnership, Barrow Heath Clearwater Ltd., with real estate in Clearwater, Florida. Filer cannot direct, influence or in any manner effect the purchase, exchange, sale or disposition of Barrow Heath Clearwater Ltd. or its property.

Item No. 105 was not listed on previous report because income did not reach threshold value. Well reworked in 2004 resulting in increased income requiring disclosure.

Item Nos. 117, 118, 119 and 120:  Funds attributable to filer's working interest in these wells is distributed to filer by Willow Springs Farmout Partnership (WSP). Filer is not a partner in WSP and has no capital account in WSP. Filer farmed out his working interest to WSP along with other working interest owners of leasehold estates in approximately December 1994.

Item Nos. 145-146 represent an oil and gas prospect that was drilled during the reporting period that proved non-productive. P&A indicates the well was plugged and abandoned.  The date in Column D(2) is the date filer received notice of non-productive status.

Item No. 148 represents filer's working interest in a well drilled more than 10 years ago and which had been shut-in for more than 6 years. Filer had not received any income from well during previous reporting years and thus had not been previously disclosed.

In addition to assets noted in Part VII, filer owns a group of fractional mineral interests, no one of which exceeds the thresholds for reporting. However, in 2004 filer received a lump sum payment for several years of payments that had been suspended during litigation. While it is not clear whether the income attributable to any one well would exceed $200, if the group were treated as a reportable asset, the income code in Column B would be "C" and described as "Royalty."

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Ward, Thomas J | 5/6/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____   Date _May 6, 2005_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544